UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES P. DEVORE,**

**Plaintiff,**

v.

Case No. 2:18-cv-559
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Michael J. Newman

**GARY C. MOHR,** *et al.,*

**Defendant.**

## ORDER

On July 29, 2019, Magistrate Judge Newman issued a Report and Recommendation in this case recommending that: (1) the *pro se* Plaintiff's claims for injunctive relief be **DENIED** as moot as to all Defendants; (2) summary judgment be **GRANTED** in favor of Defendants; (3) Plaintiff's remaining claims against Defendant Imam Sunni Islam be dismissed; and (4) this case be **TERMINATED** on the docket. (*See* R&R at 11 [ECF No. 24]). The Report and Recommendation advised Plaintiff that failure to object within seventeen[1] days would result in a waiver of review by a District Judge. (*Id.* at 12). The time period for filing objections has passed, and no objections have been filed.

Accordingly, the Court **ADOPTS** the Report and Recommendation (ECF No. 24). Plaintiff's claims for injunctive relief are **DENIED AS MOOT** as to all Defendants; Defendants Burger, Davis, Mohr, Potter, and Scott's Motion for Summary Judgment (ECF No. 17) is

---

[1] The Report and Recommendation was served upon Plaintiff by mail, therefore the deadline to object to the Report and Recommendation is seventeen days instead of fourteen days. (*See* R&R at 12).

**GRANTED**. Plaintiff's remaining claims against Defendant Imam Sunni Islam are dismissed, and this case shall be **TERMINATED** on the docket.

**IT IS SO ORDERED.**

_9-16-2019_
DATE

_____
**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**